# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MATTHIAS WATSON, III,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69290

**FILED**

JAN 1 4 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner asks this court to discharge his current counsel and appoint new counsel to represent him in his postconviction proceedings in the district court. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Petitioner may seek substitution of counsel in his pending postconviction matter by filing a motion for substitution of counsel in the district court. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Eighth Judicial District Court Dept. 20
Law Office of Kristina Wildeveld
John Matthias Watson, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-01261